AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-5072

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALL ELITE WRESTLING, LLC was received by me on *(date)* May 9, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe, Litigation Manager , who is designated by law to accept service of process on behalf of *(name of organization)* ALL ELITE WRESTLING, LLC, the following documents: Complaint, Issued Summons, Attorney Appearance, and Civil Cover Sheet, on *(date)* Monday, May 12 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: MAY 1 2 2025

_____
*Server's signature*

Chad Toscano
_____
*Printed name and title*

Medley Serves & Investigations, LLC
824 N. Market Street Suite 108, Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 12, 2025, 10:46 am EDT at CORPORATE: 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Jane Doe of Litigation Management Department. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'7"; Hair: Blond;
Delivered to Corporation Service Company

## AFFIDAVIT OF SERVICE

| Case: 1:25-cv-5072 | Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County: | Court Date: |
|---|---|---|---|
| **Plaintiff / Petitioner:** JAMES EVANS, on behalf of himself and all others similarly situated | | **Defendant / Respondent:** ALL ELITE WRESTLING, LLC | |
| **Received by:** DLS Discovery | | **For:** Equal Access Law Group, PLLC | |
| **To be served upon:** ALL ELITE WRESTLING, LLC | | | |

I, Chad Toscano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jane Doe of Litigation Management Department, CORPORATE: 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

**Manner of Service:** Registered Agent, May 12, 2025, 10:46 am EDT

**Documents:** ALL ELITE WRESTLING - Service Packet.pdf

**Additional Comments:**
1) Successful Attempt: May 12, 2025, 10:46 am EDT at CORPORATE: 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by Jane Doe of Litigation Management Department. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'7"; Hair: Blond; Delivered to Corporation Service Company

_Chad Toscano_ MAY 1 2 2025
Chad Toscano                  Date

Medley Serves & Investigations, LLC
824 N. Market Street Suite 108
Wilmington, DE 19801
302-654-3345

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
MAY 1 2 2025
Date                              Commission Expires

JEFFREY A. LOW
MY COMMISSION EXPIRES JULY 30, 2025
NOTARY PUBLIC STATE OF DELAWARE